IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE XAVIER PEREZ, | : | Civil No. 3:22-cv-55 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN OF SCI-HUNTINGDON, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : | |
| Respondents | : | |

FILED
SCRANTON

OCT 2 1 2022

PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 21st day of October, 2022, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge